CLERK'S OFFICE
A TRUE COPY
Apr 05, 2024
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Gerald Jones<br>(DOB: xx/xx/1981)<br><br>*Defendant(s)* | Case No. 24 MJ 77 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 1, 2024** in the county of **Milwaukee** in the **Eastern** District of **Wisconsin**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from custody. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kevin Smith, USMS Deputy
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date: 04/05/2024

_____
Judge's signature

City and state: Milwaukee, WI          Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br>Gerald Jones<br>(DOB: xx/xx/1981)<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  24  MJ  77 |

**CLERK'S OFFICE**
**A TRUE COPY**
Apr 05, 2024
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Gerald Jones,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 751(a), escape from custody.

Date: 04/05/2024

*Issuing officer's signature* — William E. Duffin

City and state: Milwaukee, WI

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                 Weight:

Sex:                                                                        Race:

Hair:                                                                       Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND AN ARREST WARRANT

I, Kevin Smith, being first duly sworn on oath depose and say that upon personal knowledge and upon information and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Deputy United States Marshal with the United States Marshal Service (USMS) for 3 years. As part of my duties, I conduct investigations to locate federal and state fugitives. I have had both formal training and have participated in numerous investigations to locate state and federal fugitives. I am an investigator, or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. This affidavit is based on my personal knowledge, or information reported to me by federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

## PROBABLE CAUSE

3. This affidavit is submitted in support of an application for the issuance of a criminal complaint charging Gerald Jones with escape from federal custody in violation of 18 U.S.C. § 751(a).

4. On August 1, 2017, Jones pled guilty in the Western District of Missouri for violating U.S.C. Sections 846 and 841(a)(1) and (b)(1)(B) in case number 6:16-03062-RK-2.

5. On September 18, 2018, Jones was sentenced and committed to the custody of the United Stated Bureau of Prison (BOP) to be imprisoned for a total term of 132 months to be followed by 5 years of Supervised Release.

6. On December 19, 2023, after serving time incarcerated with the BOP, Jones was transferred to serve the remainder of his prison sentence at the Parson's House Residential Reentry Center (RRC) located in Milwaukee, Wisconsin.

7. On April 1, 2024, at approximately 1:40 p.m., the United States Marshals Service received notification from the Bureau of Prisons of Jones' escape status. According to Parson's House staff, Jones exited the front doors of Parson's House unauthorized at 1:30 p.m.

8. On April 3, 2024, this affiant contacted Parson's House to confirm that Jones was still on escape status and had not returned. Parsons's House staff confirmed that Jones was still considered a federal BOP escapee and would need to be located and apprehended by the USMS.

9. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant, and as such, does not set forth all the details of this investigation.

## **CONCLUSION**

10. Based on the foregoing facts and my training and experience, I respectfully submit that probable cause exists to issue a criminal complaint and arrest warrant for Gerald Jones for a violation of 18 U.S.C. § 751(a), escape from custody.